IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Sharp, Mary

Printed: 03/03/09

Case Number: 08 B 20112
Judge: Hollis, Pamela S
Filed: 8/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 5, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,121.68 |  |
| Secured: |  | 517.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 530.39 |
| Trustee Fee: |  | 74.02 |
| Other Funds: |  | 0.00 |
| Totals: | 1,121.68 | 1,121.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 530.39 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,593.00 | 239.52 |
| 4. | Cook County Treasurer | Secured | 3,900.00 | 260.00 |
| 5. | City of Northlake | Secured | 213.00 | 17.75 |
| 6. | Citi Residential Lending Inc | Secured | 42,115.62 | 0.00 |
| 7. | PRA Receivables Management | Unsecured | 623.84 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 300.44 | 0.00 |
| 9. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 10. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 11. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 12. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 13. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 14. | Inland Bank & Trust | Unsecured |  | No Claim Filed |
| 15. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 16. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 53,118.90 | $ 1,047.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 74.02 |
|  | $ 74.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sharp, Mary

Printed: 03/03/09

Case Number: 08 B 20112
Judge: Hollis, Pamela S
Filed: 8/1/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by: